# United States Court of Appeals for the Federal Circuit

---

**PROVISUR TECHNOLOGIES, INC.,**
*Plaintiff-Appellee*

**v.**

**WEBER, INC., TEXTOR, INC., WEBER FOOD TECHNOLOGY GMBH, FKA WEBER MASCHINENBAU GMBH BREIDENBACH, TEXTOR MASCHINENBAU GMBH,**
*Defendants-Appellants*

---

2023-1438

---

Appeal from the United States District Court for the Western District of Missouri in No. 5:19-cv-06021-SRB, Judge Stephen R. Bough.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, AND REMANDED**

FOR THE COURT

October 2, 2024
Date

Jarrett B. Perlow
Clerk of Court